IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BALL METAL BEVERAGE CONTAINER CORP., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 4:20-cv-00797-P |
| UNITED AUTOMOBILE, AEROSPACE AND AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 129, | § § § § § § § | |
| Defendant. | § | |

## ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time to File Answer and Counterclaim (ECF No. 7). Having considered the unopposed motion the Court finds that it should be and is hereby **GRANTED.** Accordingly, Defendant is **ORDERED** to respond to Plaintiff's Complaint **on or before September 3, 2020.**

**SO ORDERED** on this **31st day** of **August, 2020.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE