UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| BALL METAL BEVERAGE CONTAINER CORP., § § §<br>§<br>**Plaintiff** § §<br>v. § §<br>UNITED AUTOMOBILE, § AEROSPACE AND AGRICULTURAL § IMPLEMENT WORKERS OF § AMERICA, LOCAL 129, § §<br>**Defendant** | Civil Action No. 4:20-cv-00797-P |

### DEFENDANT'S NOTICE OF APPEAL

Notice is given that United Automobile, Aerospace and Agricultural Implement Workers of America, Local 129, Defendant in the above-styled civil action, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment of Dismissal with Prejudice [Doc. 28] and Order Granting Plaintiff's Motion for Summary Judgment and Denying Defendant's Motion for Summary Judgment [Doc. 27], both dated July 6, 2021.

Dated July 27, 2021.          Respectfully submitted,

                              //s/ *Rod Tanner*
                              **Rod Tanner**
                              Texas Bar No. 19637500
                              rtanner@rodtannerlaw.com
                              **Jamie King Harrison**
                              Texas Bar No. 11449230
                              jharrison@rodtannerlaw.com
                              **Tanner and Associates, PC**
                              6300 Ridglea Place, Suite 407
                              Fort Worth, Texas 76116-5706
                              817.377.8833 (phone)
                              817.377.1136 (fax)

## Certificate of Service

The undersigned attorney certifies that the foregoing document was filed and served electronically on Plaintiff's counsel listed below via the Court's ECF System on July 27, 2021.

John F. McCarthy, Jr.
Barbi McClennan Lorenz
Littler Mendelson
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas 75201-2931
jmccarthy@littler.com
blorenz@littler.com

/s/ *Rod Tanner*
**Rod Tanner**