UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**BALL METAL BEVERAGE CONTAINER CORP.**,

  Plaintiff,

v.                                                                                    No. 4:20-cv-0797-P

**UNITED AUTOMOBILE AEROSPACE AGRICULTURAL IMPLEMENT WORKERS OF AMERICA, LOCAL 129,**

  Defendant.

## ORDER

  The Parties stated in a Joint Status Report that "there are not remaining issues before the Court" in this case. ECF No. 36. Accordingly, the Court held a status conference hearing on August 18, 2022, to determine how the Parties would like to proceed with this dispute. At that hearing, the Parties consented to administratively close this case and proceed with resolving the final remaining aspects of this dispute in an alternative forum. Based on the statements made at that hearing, the Court **ORDERS** that this case be administratively closed.

  Notwithstanding this closure, the Parties are **ORDERED** to file a Joint Status Report with the Court every **90 days** from the date of this Order. The Joint Status Reports shall apprise the Court of the Parties' progress toward resolving this dispute and whether it becomes appropriate for this case to be permanently removed from the docket.

  **SO ORDERED** on this **22nd day** of **August 2022.**

_Mark T. Pittman_
Mark T. Pittman
UNITED STATES DISTRICT JUDGE